**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BROADCAST MUSIC, INC., *et al.*,

        Plaintiffs,

vs.

CRESCENT MOON ENTERTAINMENT, INC., *et al.*,

        Defendants.

Case No. 2:12-cv-01487-JCM-GWF

**ORDER**

This matter is before the Court on the parties' failure to file an interim status report required by LR 26-3. The Minute Order referencing the Discovery Plan and Scheduling Order (#16) filed November 20, 2012, required the parties to file an interim status report no later than January 21, 2013. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file an interim status report which fully complies with LR 26-3 no later than **February 15, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of February, 2013.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge