# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC., *et al.*, | |
| Plaintiffs, | Case No. 2:12-cv-01487-APG-GWF |
| vs. | **ORDER** |
| CRESCENT MOON ENTERTAINMENT, INC., *et al.*, | Motion to Withdraw as Counsel (#23) |
| Defendants. | |

This matter comes before the Court on Malcolm P. LaVergne, Esq.'s Motion to Withdraw as Counsel (#23) for all defendants, filed on August 11, 2013. Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Furthermore, the Court finds that Mr. LaVergne establishes good cause to withdraw as counsel. Accordingly,

**IT IS HEREBY ORDERED** that Malcolm P. LaVergne, Esq.'s Motion to Withdraw as Attorney (#23) is **granted** as to all defendants.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the following parties and addresses to the docket in this case:

Jean Lamb
4230 East Craig Road
North Las Vegas, NV 89030

Warren Lamb
4230 East Craig Road
North Las Vegas, NV 89030

...

Crescent Moon Entertainment, Inc.
d/b/a Juke Joint
4230 East Craig Road
North Las Vegas, NV 89030

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on the above-listed defendants at their above-listed addresses.

**IT IS FURTHER ORDERED** that Crescent Moon Entertainment, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Crescent Moon shall have 14 days from the date of this Order to retain new counsel.

DATED this 29th day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge