Todd M. Touton, #1744
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC.; LOST BOYS MUSIC; EMI VIRGIN SONGS INC. d/b/a EMI LONGITUDE MUSIC; BUG MUSIC; MURRAH MUSIC CORPORATION; PLANET PEANUT MUSIC; EMI BLACKWOOD MUSIC INC.; STRING STRETCHER MUSIC; and KATY LOU MUSIC; <br><br> Plaintiffs, <br><br> v. <br><br> CRESCENT MOON ENTERTAINMENT, INC., d/b/a JUKE JOINT; JEAN LAMB and WARREN LAMB, each individually, <br><br> Defendants. | Case No. 2:12-cv-01487-APG-GWF <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiffs Broadcast Music, Inc., Lost Boys Music, EMI Virgin Songs Inc. d/b/a EMI Longitude Music, Bug Music, Murrah Music Corporation, Planet Peanut Music, EMI Blackwood Music Inc., String Stretcher Music, and Katy Lou Music (hereinafter collectively "BMI" or "Plaintiffs"), by and through their attorney, Todd M. Touton, of Lionel, Sawyer & Collins, and Defendants Crescent Moon Entertainment, Inc. d/b/a Juke Joint, Jean Lamb and Warren Lamb, (hereinafter collectively "Crescent Moon" or "Defendants") hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

The above-named parties by and through their respective undersigned representatives, hereby agree and stipulate that all claims asserted herein and any claims potentially that could have been asserted are hereby dismissed with prejudice, each party to keep and bear its own costs and attorneys fees except as otherwise paid as a part of a settlement reached by and between the parties. Settlement is commemorated in part with a written BMI Music License Agreement and payment of settlement funds receipt of which is hereby acknowledged. All rights to enforce commitments to the BMI Music License Agreement are expressly reserved from this resolution.

DATED this 25th day of November, 2013.

                LIONEL SAWYER & COLLINS

                By: _____
                Todd M. Touton, #1744
                1700 Bank of America Plaza
                300 South Fourth Street
                Las Vegas, Nevada 89101
                Attorneys for Plaintiffs

DATED this 14 day of November, 2013.

                Crescent Moon Entertainment, Inc., dba
                Juke Joint,

                By: _Warren Lamb_____
                Warren Lamb

                _Warren Lamb_____
                Warren Lamb, individually

                _Jean Lamb_____
                Jean Lamb, indivdiually

IT IS SO ORDERED.

Dated this 25th day of November, 2013.

                _____
                UNITED STATES DISTRICT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  Submitted by:

2  LIONEL SAWYER & COLLINS

3

4  By: _____
    Todd M. Touton, #1744
5  1700 Bank of America Plaza
   300 South Fourth Street
6  Las Vegas NV 89101
   Attorneys for Plaintiffs

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3 of 3