1  Todd M. Touton, #1744
   LIONEL SAWYER & COLLINS
2  1700 Bank of America Plaza
   300 South Fourth Street
3  Las Vegas, Nevada 89101
   (702) 383-8888 (Telephone)
4  (702) 383-8845 (Fax)

5  Attorneys for Plaintiffs

6

        **THE UNITED STATES DISTRICT COURT**
7          **FOR THE DISTRICT OF NEVADA**

8

9  BROADCAST MUSIC, INC.; LOST BOYS
   MUSIC; EMI VIRGIN SONGS INC. d/b/a EMI
10 LONGITUDE MUSIC; BUG MUSIC;              **Case No. 2:12-cv-01487-APG-GWF**
   MURRAH MUSIC CORPORATION;
11 PLANET PEANUT MUSIC; EMI
   BLACKWOOD MUSIC INC.;  STRING          **STIPULATION FOR DISMISSAL WITH**
12 STRETCHER MUSIC; and KATY LOU          **PREJUDICE AND ORDER**
   MUSIC;
13

14                    Plaintiffs,

15
   v.
16
   CRESCENT MOON ENTERTAINMENT,
17 INC.,   d/b/a JUKE JOINT; JEAN LAMB
   and WARREN LAMB, each individually,
18

19                    Defendants.

20
        Plaintiffs Broadcast Music, Inc., Lost Boys Music,  EMI Virgin Songs Inc. d/b/a EMI
21
   Longitude Music,  Bug Music,  Murrah Music Corporation, Planet Peanut Music, EMI Blackwood
22
   Music Inc.,  String Stretcher Music, and Katy Lou Music  (hereinafter collectively  "BMI" or
23
   "Plaintiffs"), by and through their attorney, Todd M. Touton,  of Lionel, Sawyer & Collins, and
24
   Defendants Crescent Moon Entertainment, Inc. d/b/a Juke Joint, Jean Lamb and Warren Lamb,
25
   (hereinafter collectively "Crescent Moon" or "Defendants")  hereby agree and stipulate pursuant
26
   to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:
27

28
LIONEL SAWYER
  & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

The above-named parties by and through their respective undersigned representatives, hereby agree and stipulate that all claims asserted herein and any claims potentially that could have been asserted are hereby dismissed with prejudice, each party to keep and bear its own costs and attorneys fees except as otherwise paid as a part of a settlement reached by and between the parties.  Settlement is  commemorated in part with a written BMI Music License Agreement and payment of settlement funds receipt of which is hereby acknowledged.  All rights to enforce commitments to the BMI Music License Agreement are expressly reserved from this resolution.

DATED this 25th day of November, 2013.

LIONEL SAWYER & COLLINS

By: _____
Todd M. Touton, #1744
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

DATED this 14 day of November, 2013.

Crescent Moon Entertainment, Inc., dba
Juke Joint,

By: _____
Warren Lamb

_____
Warren Lamb, individually

_____
Jean Lamb, indivdiually

IT IS SO ORDERED.

Dated this 25th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Submitted by:

LIONEL SAWYER & COLLINS

By: _____

      Todd M. Touton, #1744
      1700 Bank of America Plaza
      300 South Fourth Street
      Las Vegas NV 89101
Attorneys for Plaintiffs

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3 of 3